```
1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  916-554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | MAG. NO. 04-0087 DAD |
|---|---|---|
| Plaintiff, | ) | MOTION AND ORDER DISMISSING COMPLAINT AND RECALLING ARREST WARRANT |
| v. | ) | |
| ANTONIO ESQUIVEL CORDOVA, | ) | |
| Defendant. | ) | |

The United States of America, by and through its undersigned attorney, Kenneth J. Melikian, Assistant United States Attorney, respectfully requests that this Court dismiss the above-captioned complaint, without prejudice, against defendant ANTONIO ESQUIVEL CORDOVA.  The United States further requests that the warrant issued for the defendant's arrest be recalled.

This motion is made pursuant to the provisions of Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: December 22, 2006                  Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney


                                       By:/s/ Kenneth J. Melikian
                                          KENNETH J. MELIKIAN
                                          Assistant U.S. Attorney

1

|   |   |
|---|---|
| 1 | O R D E R |
| 2 | IT IS ORDERED THAT the above-captioned Complaint be and is |
| 3 | hereby dismissed, without prejudice, against ANTONIO ESQUIVEL |
| 4 | CORDOVA, and that the warrant issued for the arrest of ANTONIO |
| 5 | ESQUIVEL CORDOVA be recalled. |

DATED: January 8, 2007

/s/ David F. Levi
DAVID F. LEVI
United States District Judge